Opinion issued July 9, 2019



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-01039-CV

———————————

**CITY OF HOUSTON, Appellant**

**V.**

**MOSES AVILA, Appellees**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-32616**

---

## MEMORANDUM OPINION

This is an interlocutory appeal from an order denying the City of Houston's amended plea to the jurisdiction. The order was signed by the trial court on November 9, 2018. On April 30, 2019, the parties filed a joint motion for voluntary

dismissal and entry of judgment informing this court that they have reached a settlement. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1. To effectuate the parties' agreement, we render judgment that Moses Avila take nothing against the City of Houston. *See* TEX. R. APP. P. 42.1(a)(2). Costs are assessed against the incurring party, and all other relief requested against the City of Houston is denied. Pursuant to Rule 18.1, we direct the clerk of this court to issue the mandate three days after the issuance of the judgment. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.